# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN WEISS, | ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-01208-MN |
| v. | ) ) |
| BLUE APRON HOLDINGS, INC., JENNIFER CARR-SMITH, BEVERLY K. CARMICHAEL, LINDA FINDLEY, BRENDA FREEMAN, ELIZABETH HUEBNER, and AMIT SHAH, | ) ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023           **LONG LAW, LLC**

                                By:  */s/ Brian D. Long*
                                    Brian D. Long (#4347)
                                    3828 Kennett Pike, Suite 208
                                    Wilmington, DE 19807
                                    Telephone: (302) 729-9100
                                    Email: BDLong@longlawde.com

                                    *Attorneys for Plaintiff*